**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

SANDRA LYNN HEMME,

                Plaintiff,

vs.

THE CITY OF ST. JOSEPH, MISSOURI,
JAMES ROBERT HAYES, TERRY
BOYER, RONALD FISHER, STEVEN
FUESTON, MIKE HIRTER, HOWARD
KEMPER, JOHN MUEHLENBACHER
and LLOYD PASLEY,

                Defendants.

Case No. 5:25-cv-06132-RK

## <u>CERTIFICATE OF SERVICE</u>

COMES NOW Defendant City of St. Joseph, by counsel, and certifies the following

document:

    1. Defendant's First Supplemental Objections and Responses to Plaintiff's Second
       Request for Production to City of St. Joseph

was served in PDF via electronic email the counsel listed below:

| | |
|---|---|
| Kent Emison | Jon Loevy IL #6218254 |
| Mark Emison | Locke Bowman IL #6184129 |
| Michael Manners | Justin Hill IL # 6342031 |
| LANGDON & EMISON | LOEVY & LOEVY |
| 911 Main Street | 311 N. Aberdeen Street, 3rd Floor |
| Lexington, MO 64067 | Chicago, Il 60607 |
| kent@lelaw.com | Telephone:  (312) 243-5900 |
| mark@lelaw.com | jon@loevy.com |
| mike@lelaw.com | locke@loevy.com |
| Attorneys for Plaintiff | hill@loevy.com |
| | (Pro Hac Vice) |

Wendell E. Koerner MBN 20508
KOERNER LAW FIRM LLC
601 Francis Street, Suite C
St. Joseph, MO 64501-1911
wek@koernerlawfirmllc.com
Attorneys for Defendant Lloyd Pasley

Keith J. Schieber MBN 42395
FERGUSON AND SCHIEBER
1009-D West St. Maartens Drive
St. Joseph, MO 64506
Telephone:   (816) 390-8800
Facsimile:    (816) 233-5364
Fands_law@sbcglobal.net
Attorneys for Defendants Steven Fueston and Howard Kemper

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Steven F. Coronado

| Steven F. Coronado | MBN 36392 |
| Christopher L. Heigele | MBN 45733 |

9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone:  (913) 339-6757
Facsimile:   (913) 660-7919
scoronado@fpsslaw.com
cheigele@fpsslaw.com

ATTORNEY FOR DEFENDANT CITY OF ST. JOSEPH, MISSOURI

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing was filed with the Court through its electronic filing system and served in PDF format via electronic mail on June 2, 2026, to:

Kent Emison
Mark Emison
Michael Manners
LANGDON & EMISON
911 Main Street
Lexington, MO 64067
kent@lelaw.com
mark@lelaw.com
mike@lelaw.com
Attorneys for Plaintiff

Jon Loevy IL #6218254
Locke Bowman IL #6184129
Justin Hill IL # 6342031
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Il 60607
Telephone: (312) 243-5900
jon@loevy.com
locke@loevy.com
hill@loevy.com
(Pro Hac Vice)

Wendell E. Koerner MBN 20508
KOERNER LAW FIRM LLC
601 Francis Street, Suite C
St. Joseph, MO 64501-1911
wek@koernerlawfirmllc.com
Attorneys for Defendant Lloyd Pasley

Keith J. Schieber MBN 42395
FERGUSON AND SCHIEBER
1009-D West St. Maartens Drive
St. Joseph, MO 64506
Telephone: (816) 390-8800
Facsimile: (816) 233-5364
Fands_law@sbcglobal.net
Attorneys for Defendants Steven Fueston and Howard Kemper

/s/ Steven F. Coronado
Attorneys for Defendant City of St. Joseph, Missouri